515 A.2d 898

**Mark HANKIN, Petitioner,**

**v.**

**UPPER MORELAND TOWNSHIP and Zoning Hearing Board of Upper Moreland Township.**

Supreme Court of Pennsylvania.

Sept. 30, 1986.

618

Petition for Allowance of Appeal GRANTED, No. 113 E.D. Appeal Docket 1986.